# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Orlando Antonio Rivas,<br><br>　　　　Defendant. | No. CR-16-01460-001-TUC-JGZ (LCK)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Lynette C. Kimmins that recommends denying the Defendant's Motion to Suppress. (Doc. 48.)

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Kimmins' recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F.Supp.2d 1203, 1204 (D. Or. 1998).

//
//
//
//

Accordingly, IT IS HEREBY ORDERED as follows:

1. Magistrate Judge Kimmins' Report and Recommendation (Doc. 48) is accepted and adopted;

2. Defendant's Motion to Suppress (Doc. 37) is DENIED.

Dated this 11th day of April, 2017.

Honorable Jennifer G. Zipps
United States District Judge